■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PASQUALE ROMANO, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH PATNO, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to the November 1960 Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EDWARD J. WENTWORTH, JR., et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. — Motion for an order fixing the fees and disbursements of Howard A. Levine, Esq., attorney for the claimants-respondents herein on this appeal. Motion granted and his fees are hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $40. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Appellant, Relative to Acquiring Real Estate for the City of New York in the Counties of Sullivan and Orange. HARRY L. CUDNEY, Respondent — Motion for reargument, or, in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Cross motion denied as moot, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MENDEL, Appellant.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR H. GIFFORD, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for permission to extend time within which to perfect appeal granted and time is extended to the September 1960 Term of this court. Bergan, P. J., Coon, Gibson and Reynolds, JJ., concur. Herlihy, J., taking no part.